# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STEVENS TRANSPORT, INC., § <br> PARAGON LEASING, L.P. and § <br> STEVENS TRANSPORT DRIVER § <br> ACCIDENT/INJURY PLAN § <br>     Plaintiffs § <br> § <br> VS. § <br> § <br> GLOBAL TRANSPORT, L.L.C, § <br> PATRICIO ESPINOSA-HERZBERG § <br>     Defendants § | CIVIL ACTION NO. 6:15-CV-00552 |

## JUDGMENT

On November 7 and 8, 2016, the Plaintiffs tried their negligence, negligent entrustment, negligent hiring and negligent training causes of action to a jury before this Court. On November 9, 2016, the jury returned a verdict in favor of Plaintiffs on their claims of negligence, negligent entrustment, negligent hiring and negligent training. The jury found Robert Harris, designated responsible third party, ninety-five percent responsible for the occurrence, Defendant, **PATRICIO ESPINOSA HERZBURG** one percent responsible for the occurrence and Defendant, **GLOBAL TRANSPORT, LLC** four percent responsible for the occurrence. The jury also found found damages of One Hundred Sixty Eight Thousand Four Hundred Thirty One and 00/100 Dollars ($168,431.00) suffered by Plaintiff, **PARAGON LEASING, LP**, One Hundred Thirty Six Thousand One Hundred Eighty One and 15/100 Dollars ($136,181.15) suffered by Plaintiff, **STEVENS TRANSPORT, INC** and Thirty-Seven Thousand Two Hundred Ninety Eight and 57/100 Dollars ($37,298.57) suffered by Plaintiff, **STEVENS TRANSPORT DRIVER ACCIDENT/INJURY PLAN**.

Accordingly, based upon the jury verdict, it is ORDERED AND ADJUDGED that Plaintiff **PARAGON LEASING, LP,** recover from **PATRICIO ESPINOSA HERZBURG** judgment in the amount of One Thousand Six Hundred Eighty Four and 31/100 Dollars ($1,684.31) and recover from **GLOBAL TRANSPORT, LLC** judgment in the amount of Eight Thousand Nine Hundred Sixty One and 80/100 Dollars ($8,961.80), Plaintiff, **STEVENS TRANSPORT, INC**, recover from **PATRICIO ESPINOSA HERZBURG** judgment in the amount of One Thousand Three Hundred Sixty One and 81/100 Dollars ($1,361.81) and recover from **GLOBAL TRANSPORT, LLC** judgment in the amount of Seven Thousand Two Hundred Forty-Five and 87/100 Dollars ($7,245.87), and Plaintiff, **STEVENS TRANSPORT DRIVER ACCIDENT/INJURY PLAN**, recover from **PATRICIO ESPINOSA HERZBURG** judgment in the amount of Three Hundred Seventy Two and 98/100 Dollars ($372.98) and recover from **GLOBAL TRANSPORT, LLC** judgment in the amount of One Thousand Nine Hundred Eighty Four and 26/100 Dollars ($1,984.26).  Plaintiffs are entlitled to post-judgment interest at a rate of 3.5% from all Defendants until the judgment is paid.

All other relief that is not expressly granted herein is in all things DENIED.

**SIGNED this 5th day of December, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE